# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROBERT VAUGHN**                                                               **PLAINTIFF**

v.                            No: 4:21-cv-00553-JM

**RODNEY WRIGHT,** *et al.*                                                    **DEFENDANTS**

## ORDER

Plaintiff Robert Vaughn filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 21, 2021 (Doc. No. 1). On July 12, 2021, the Court entered an order directing Vaughn to file an amended complaint clarifying his claims within 30 days. *See* Doc. No. 6. Vaughn was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Vaughn has not complied or otherwise responded to the July 12 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Vaughn's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 23rd day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE