IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT VAUGHN**                                                                                   **PLAINTIFF**

v.                              No: 4:21-cv-00553-JM

**RODNEY WRIGHT,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 23rd day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE